UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GREGORY RIVERA,

                        Plaintiff,

      -against-

UNITED STATES OF AMERICA,

                       Defendant.
------------------------------------------------------------------X

24-CV-463 (NRB)

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The settlement conference in this matter is rescheduled for **Thursday, November 13, 2025 at 10 a.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **Thursday, November 6, 2025**. This resolves the motion at ECF No. 31.

      **SO ORDERED.**

DATED:    New York, New York
               August 4, 2025

                                                          _____
                                                              VALERIE FIGUEREDO
                                                               United States Magistrate Judge