

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: December 8, 2025**

Defendant's request for adjournment is GRANTED. The settlement conference is hereby rescheduled to **February 25, 2026 at 10 a.m.** The Clerk of the Court is respectfully directed to close the motion at ECF No. 37.

By ECF
Hon. Valerie Figueredo
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

Re:    *Gregory Rivera v. United States of America*, 24-cv-00463 (NRB)

Dear Judge Figueredo:

This Office represents the United States of America (the "Government") in the above-referenced action brought by plaintiff Gregory Rivera ("Plaintiff") pursuant to the Federal Tort Claims Act ("FTCA") for injuries that Plaintiff allegedly sustained during an encounter with several members of the U.S. Marshals Service ("USMS"). I write respectfully to request that the Court adjourn the settlement conference currently scheduled for December 15, 2025, to February 2, 2026, February 3, 2026, February 4, 2026, or to a date thereafter that is convenient for the Court.

A settlement conference in this case was previously scheduled for November 13, 2025. The Court adjourned that due to the government shutdown. ECF No. 34. On November 26, 2025, the Court rescheduled the settlement conference for December 15, 2025.  ECF No. 35. However, the undersigned is not available on that date due to a previously scheduled appointment. The Government therefore respectfully requests that the Court adjourn the conference to February 2, 2026, February 3, 2026, February 4, 2026, or to a date thereafter that is convenient for the Court.

Plaintiff consents to the Government's request and is also available on the above-referenced dates.

I thank the Court for its consideration of this request.

Respectfully,

JAY CLAYTON
United States Attorney

*/s/ Rebecca L. Salk*
BY:    REBECCA L. SALK
Assistant United States Attorney
Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007
Rebecca.Salk@usdoj.gov

cc:    Ilyssa S. Fuchs, Esq.
       Gerald Cohen, Esq.
       Cohen & Fitch LLP
       233 Broadway, Suite 2348
       New York, NY 10279
       (212) 374-9115
       *Counsel for Plaintiff*

       (VIA ECF)