

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 9, 2025

By ECF
Hon. Valerie Figueredo
United States Magistrate Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

    **Re:**    *Gregory Rivera v. United States of America*, 24-cv-00463 (NRB)

Dear Judge Figueredo:

    This Office represents the United States of America (the "Government") in the above-referenced action brought by plaintiff Gregory Rivera ("Plaintiff") pursuant to the Federal Tort Claims Act ("FTCA") for injuries that Plaintiff allegedly sustained during an encounter with several members of the U.S. Marshals Service ("USMS"). I write respectfully to request that the Court adjourn the settlement conference scheduled for February 25, 2026, *sine die.*  ECF No. 38. After further consideration, the Government would like to proceed with litigating this matter and does not believe that a settlement conference would be beneficial at this time.

    The Government has advised Plaintiff of its position and the parties plan to jointly request that Judge Buchwald reopen discovery so that litigation of the case may proceed.

    I thank the Court for its consideration of this request.

**MEMO ENDORSED**

**HON. VALERIE FIGUEREDO**
**UNITED STATES MAGISTRATE JUDGE**

        **Dated: December 11, 2025**

The request for adjournment is GRANTED. The Clerk of the Court is respectfully directed to close he motion at ECF No. 39.

Respectfully,

JAY CLAYTON
United States Attorney

    */s/ Rebecca L. Salk*

BY:   REBECCA L. SALK
     Assistant United States Attorney
     Southern District of New York
     86 Chambers Street, 3rd Floor
     New York, New York 10007
     Rebecca.Salk@usdoj.gov

cc:    Ilyssa S. Fuchs, Esq.
       Gerald Cohen, Esq.
       Cohen & Fitch LLP
       233 Broadway, Suite 2348
       New York, NY 10279
       (212) 374-9115
       *Counsel for Plaintiff*

       (VIA ECF)