UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

GREGORY RIVERA,

                      Plaintiff,

         -against-

UNITED STATES OF AMERICA,

                    Defendant.

---------------------------------------------------------------X

24-CV-463 (NRB)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to file a letter stating whether they are ready to schedule a settlement conference in this matter by **May 15, 2026**.

**SO ORDERED.**

DATED:    New York, New York
               May 5, 2026

                               _____
                                VALERIE FIGUEREDO
                                United States Magistrate Judge