

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 15, 2026

<u>By ECF</u>
Hon. Naomi Reice Buchwald
United States District Court Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

     **Re:**    *Gregory Rivera v. United States of America*, 24-cv-463 (NRB)

Dear Judge Buchwald:

     This Office represents the United States of America (the "Government") in the above-referenced action brought by plaintiff Gregory Rivera ("Plaintiff") pursuant to the Federal Tort Claims Act for injuries that Plaintiff allegedly sustained during an encounter with several members of the U.S. Marshal Service. We write to respectfully request that the Court stay the remaining discovery deadlines to allow the parties to explore the possibility of settlement before incurring the costs associated with completing expert discovery. Plaintiff joins in this request.

     To date, the parties have completed fact discovery, including all fact depositions. On May 7, 2026, the parties requested a settlement conference before Judge Figueredo. (ECF No. 49). Judge Figueredo granted the request and scheduled the conference for June 25.[1] (ECF No. 50). This is the parties' second request for a stay of the discovery deadlines pending the outcome of a settlement conference before Judge Figueredo. (ECF No. 26). The Court granted the parties' prior request (ECF No. 27), but the conference was later adjourned *sine die* after the Government represented in a December 9, 2025 letter that settlement discussions would not be beneficial at that time. (ECF No. 42). The Government now has settlement authority and is hopeful that settlement discussions will be fruitful.

     The parties thank the Court for its consideration of this letter.

Application granted.
**So ordered.**

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
Dated: New York, New York
      May 18, 2026

---

[1] On May 13, Plaintiff submitted a consent letter motion to change the date of the conference because of a preexisting scheduling conflict. (ECF No. 51).

Page 2

Respectfully,

JAY CLAYTON
United States Attorney

/s/ Harry Fidler
BY:  HARRY K. FIDLER
JEREMY M. LISS
Assistant United States Attorneys
Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007
(212) 637-2321 / 2795
harry.fidler@usdoj.gov
jeremy.liss@usdoj.gov

cc:   Ilyssa S. Fuchs, Esq.
Gerald Cohen, Esq.
Cohen & Fitch LLP

*Counsel for Plaintiff*

(VIA ECF)