UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GREGORY RIVERA,

                        Plaintiff,

          -against-

UNITED STATES OF AMERICA,

                        Defendant.
-------------------------------------------------------------------X

                        24-CV-463 (NRB)

              **ORDER RESCHEDULING**
                  **SETTLEMENT**
                **CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Pursuant to the parties' request at ECF No. 51, the settlement conference in this matter is rescheduled to **Thursday, July 2, 2026 at 10 a.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **Thursday, June 25, 2026**.

The Clerk of Court is respectfully directed to close the motion at ECF No. 51.

       **SO ORDERED.**

DATED:     New York, New York
           May 19, 2026

                                _____
                                VALERIE FIGUEREDO
                                United States Magistrate Judge